**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Kenyatta Brown
                               Plaintiff,

v.                                                         Case No.: 1:10–cv–05590
                                                            Honorable Susan E. Cox

Eby–Brown Company, LLC
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 1, 2011:

      MINUTE entry before Honorable Susan E. Cox: The above–entitled cause of action is dismissed with prejudice. The Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through 8/22/11. Civil case terminated. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.